IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  10-34501 |
| EDWARD ADAM KOCZAN | ) | S.S.# xxx-xx-4201 |
| | ) | |
| Debtor. | ) | Chapter 7 Bankruptcy |

NOTICE TO CAPITAL ONE BANK (USA), NA.
THAT $3.44 HAS BEEN DEPOSITED INTO THE COURT'S
SMALL DIVIDENDS FUNDS ACCOUNT

Comes now the Chapter 7 Trustee, Rebecca Hoyt Fischer, and gives notice to Capital One Bank (USA), N.A., creditor herein, and deposits $3.44 into the Court Clerk's Small Dividend funds Account.

1.   That the last known address for Capital One Bank (USA), N.A. was:

By American Infosource LP as Agent

P.O. Box 248839

Oklahoma City, OK  73124-8839

2.   That the distribution amount payable to Capital One Bank (USA), N.A was $3.44.

3.   Under FRBP 3010, all dividends of less than $5.00 must be turned over to the clerk of the bankruptcy court;

DATED:  August 10, 2011         /s/ Rebecca H. Fischer
                                Rebecca Hoyt Fischer
                                Bar No. 10537-72
                                112 West Jefferson Blvd., Ste. 310
                                South Bend, IN 46601
                                Telephone:  (574) 284-2354

1

## CERTIFICATE OF SERVICE

       I hereby certify that on August 10, 2011, a true and correct copy of the above and foregoing was served by electronic transmission upon the following parties:

| | |
|---|---|
| U.S. Trustee<br>USTPRegion10.SO.ECF@usdoj.gov | DOUG A BERNACCHI<br>bernacchi@adsnet.com |

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

EDWARD ADAM KOCZAN
6410 SUMMERPLACE DR. W., APT. 6B
GRANGER, IN 46530

| | |
|---|---|
| United States Bankruptcy Court<br>401 S. Michigan Street<br>South Bend, IN  46601 | Capital One Bank (USA), N.A.<br>By American Infosource Lp as Agent<br>P.O. Box 248839<br>Oklahoma City, OK  73124-8839 |
| | s/ Rebecca H. Fischer<br>Rebecca Hoyt Fischer |