**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No.  10-34501** |
| **EDWARD ADAM KOCZAN** | ) | **S.S.# xxx-xx-4201** |
| | ) | |
| **Debtor.** | ) | **Chapter 7 Bankruptcy** |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

Comes now Rebecca Hoyt Fischer and respectfully represents and shows:

1. That I am the Trustee for the estate of the above-named Debtor.

2. That pursuant to the Claims Distribution Summary, I made distribution to the persons named and in the amount set out therein.

3. That one of the distribution payment checks, namely Check No. 5006, dated August 8, 2011, 2011 in the amount of $12.20 was mailed to the payee thereof, namely Wells Frago Bank, N.A. on behalf of USA Funds.

4. The funds from that check were returned to the trustee as not due.  Pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court and accordingly I am tendering herewith my Check No. 5008 in said amount payable to the Clerk, U.S. Bankruptcy Court.

DATED:  October 6, 2011

/s/ Rebecca Hoyt Fischer
Rebecca Hoyt Fischer, Trustee
112 West Jefferson Blvd., Ste. 310
South Bend, IN 46601
Telephone: (507) 284-2354
Facsimile: (574) 284-2356
rebecca@ladfislaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2011, service of a true and complete copy of the above document was served by:

U.S. Trustee
USTRegion10.SO.ECF@usdoj.gov

Doug A Bernacchi
bernacchi@adsnet.com

Wells Fargo Bank, N.A. on behalf of USA Funds
Sallie Mae Guarantee Services
P.O. Box 9430
Wilkes-Barre, PA  18773-9430

Edward Koczan
6410 SUMMERPLACE DR. W., APT. 6B
Granger, IN  46530

United States Bankruptcy Court
401 S. Michigan Street
South Bend, IN  46601

/s/ Rebecca H. Fischer
Rebecca Hoyt Fischer